People v Lewis (2025 NY Slip Op 03459)

People v Lewis

2025 NY Slip Op 03459

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, DELCONTE, AND KEANE, JJ.

376 KA 23-01670

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SEQUAN LEWIS, DEFENDANT-APPELLANT. 

ERICKSON WEBB SCOLTON & HAJDU, LAKEWOOD (LYLE T. HAJDU OF COUNSEL), FOR DEFENDANT-APPELLANT.
VINCENT A. HEMMING, DISTRICT ATTORNEY, WARSAW (MATTHEW J. DILLON OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Wyoming County Court (Michael M. Mohun, J.), rendered October 4, 2023. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of assault in the second degree (Penal Law § 120.05). Inasmuch as defendant does not contest the validity of his waiver of the right to appeal, defendant's challenge to the severity of his sentence "is foreclosed by his unchallenged waiver of the right to appeal" (People v Rosado-Thomas, 181 AD3d 1166, 1167 [4th Dept 2020], lv denied 35 NY3d 1048 [2020]; see People v Allen, 203 AD3d 1574, 1574 [4th Dept 2022], lv denied 38 NY3d 1031 [2022]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court